**UNITED STATES of America ex rel. Milton B. STAUD, Appellant, v. Joseph FRITSCH, United States Marshal, Appellee.**

**No. 152.**

Circuit Court of Appeals, Second Circuit.
Dec. 3, 1934.

Charles B. Bechtold, of Rochester, N. Y., for appellant.

Joseph J. Doran, of Rochester, N. Y., for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed.